**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

The defendant's motion to delay transport (#16) beyond the time granted by the court on April 3, 2012, is **DENIED**. The court reserves ruling on the balance of the motion until the government has had an opportunity to respond.

IT IS SO ORDERED.

DATED: This 13th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE